| | | |
|---|---|---|
| | | **U.S. PROBATION & PRETRIAL SERVICES** |
| | | Middle District of Tennessee |
| | | # memorandum |
| DATE: | January 13, 2014 | |
| REPLY TO ATTN OF: | Jim Perdue, Deputy Chief U.S. Probation Officer | |
| SUBJECT: | **Request to Destroy Evidence** | |

Re.: Robert Lane Brinegar
Docket No.: 3:00-00119-04

TO: The Honorable Aleta A. Trauger, U.S. District Judge

On July 28, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 268 | 1 | Drug Test Subterfuge Device |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Aleta A. Trauger
U.S. District Judge